# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>           Plaintiff,<br>    v.<br>CONTRERAS,<br>           Defendant. | Case No. 15-cr-00256-SI-1<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 67, 68 |

Defendant Aldo Martinez Contreras filed a Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 and the government filed an opposition. Dkt. Nos. 55, 66. Defendant now requests an extension of time to file a response to the government's opposition. Finding good cause, the Court GRANTS the request. Defendant shall file his response by **December 15, 2017**.

**IT IS SO ORDERED**.

Dated: October 12, 2017

SUSAN ILLSTON
United States District Judge